UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CANDICE MARIE GRIESMAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF STOW, OHIO, et al.,<br><br>Defendant. | Case No. 5:20-cv-21356<br><br>Judge J. Philip Calabrese |

## JUDGMENT

The Court filed its Order in this matter.  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated:  January 24, 2022

 J. Philip Calabrese United
States District Judge
Northern District of Ohio